# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kenneth Lee Wilson,

          Petitioner,

v.

Matt Bostrom,

          Respondent.

Civil No. 16-cv-3421 (ADM/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

3. Petitioner Kenneth Lee Wilson's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED AS MOOT**.

4. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 16, 2016          s/Ann D. Montgomery
                                           ANN D. MONTGOMERY
                                           United States District Judge